PEOPLE ex rel. BRADY, Appellant, v. MARTIN et al., Respondents.

(Common Pleas of New York City and County, General Term. March 9, 1894.)

Appeal from special term.

Application by Michael Brady for a writ of mandamus to James J. Martin and another, commissioners, etc.

Argued before DALY, C. J., and BISCHOFF and GIEGERICH, JJ.
Louis J. Grant, for appellant.
W. H. Clark, for respondents.
No opinion.   Order affirmed, with costs.